IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DEVORIUS PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 111-125 |
| | ) | |
| DENNIS BROWN, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 7). In an Order issued on August 17, 2011, the Magistrate Judge granted Plaintiff's request to proceed *in forma pauperis* ("IFP") and directed him to return a six-month trust fund account statement, as well as a form giving his consent to collection of fees; both forms were enclosed with Plaintiff's copy of the Order. (Doc. no. 3.) Plaintiff was warned that failure to comply with the Order could result in dismissal of his case without prejudice. (Id. at 4.) After Plaintiff failed to respond within the 30-day period set in the August 17th Order, the Magistrate Judge granted Plaintiff an additional 14 days to comply, again warning Plaintiff that failure to comply could result in the dismissal of his case. (Doc. no. 4.) After Plaintiff again failed to respond, the Magistrate Judge recommended that Plaintiff's case be dismissed without prejudice. (Doc. no. 5.)

Plaintiff now objects to the Magistrate Judge's recommendation and argues that he could not have submitted the requested forms because the business office at the prison held Plaintiff's trust fund account statement "for about 45 days" before returning it to Plaintiff. (Doc. no. 7, p. 1.) Along with his objections, Plaintiff has submitted a six-month trust fund account statement, as well as a second motion to proceed IFP.[1] (Doc. no. 8.) However, Plaintiff did not submit the required consent form, as he was ordered to do. (Doc. no. 3, p. 3; doc. no. 4, p. 1.) In his objections, Plaintiff does not explain why he was unable to submit the consent form, which required only his signature and did not require anything from prison officials. Nor does he explain why he was otherwise unable to respond to two orders from the Magistrate Judge or to request an extension of the deadline. In short, Plaintiff's belated and incomplete attempt to comply with the August 17th Order do not warrant departing from the conclusions in the Report and Recommendation.

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice for failure to fulfill the requirements for proceeding IFP or pay the filing fee.

SO ORDERED this 28th day of November, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] As Plaintiff had already been granted permission to proceed IFP (doc. no. 3), his second request to proceed IFP is therefore **MOOT**. (Doc. no. 8.)